**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02653-CMA

CITADEL CROSSING ASSOCIATES, LP, a Delaware limited partnership, and
NESBITT DENVER PROPERTY, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

CENTIMARK CORPORATION, a Pennsylvania corporation,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER

This matter is before the Court on Defendant's Motion for Reconsideration of Remand (Doc. # 9).  The Court no longer possesses jurisdiction over this case, and therefore denies the Motion.

On October 28, 2011, the Court issued an Order remanding the case to the District Court, County of El Paso, Colorado, because Defendant had not established subject matter jurisdiction.  The Court transmitted the documents to El Paso County District Court that same day.  (Doc. # 7.)  Therefore, the Court was divested of jurisdiction before Defendant filed its November 23, 2011 motion for reconsideration. *See, e.g.*, 16 James Wm. Moore et al., Moore's Federal Practice, § 107.42 (3d ed. 2011) (collecting cases and stating that "[o]nce a district court certifies such a remand order to state court, it is divested of jurisdiction and may not take any further action on the case").  Absent jurisdiction, the Court cannot reconsider its Order remanding the

case. *See, e.g., Adams v. Allstate Ins. Co.*, No. 08-cv-01567, 2008 WL 4831425, at *1 (D. Colo. Nov. 4, 2008) (unpublished) (citing *Whiddon Farms, Inc. v. Delta and Pine Land Co.*, 103 F. Supp. 2d 1310, 1311 (S.D. Ala. 2000) (denying motion to reconsider because court was divested of jurisdiction when it entered remand order)); 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise").

Accordingly, it is ORDERED that Defendant's motion to reconsider (Doc. # 9) is DENIED.

DATED: November  30 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge